United States District Court
Southern District of Texas
**ENTERED**
June 02, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRENDEL DUPREE, § § § Plaintiff § § vs. § § GSB SERVICES, LLC (Operating as Subway) § § § Defendant. § | CIVIL ACTION NO. 4:16-CV-03599 |

### ORDER

Today the Court considered Plaintiff's Unopposed Motion to Dismiss with Prejudice. The Court grants the Motion.

All Plaintiff's claims and caused of action against Defendant are dismissed with prejudice.

Each party bears its own costs.

SO ORDERED.

Signed this １ˢᵗ day of June, 2017.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE